OCTOBER 10, 1978

No. 78–22. AMBASSADOR INTERNATIONAL CULTURAL FOUNDATION ET AL. *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (SOLL, REAL PARTY IN INTEREST). Ct. App. Cal., 2d App. Dist. Appeal dismissed under this Court's Rule 60.

No. 77–1711. SIMPSON *v.* GEORGIA. Appeal from Ct. App. Ga. dismissed for want of substantial federal question. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would reverse the conviction.